**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Keith A Oliver                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-13845 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                                                   Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
08 Jan 2024, 16:41:17, EST

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322