Certificate Number: 03088-PAE-DE-038189822

Bankruptcy Case Number: 23-13845



03088-PAE-DE-038189822

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 15, 2024, at 1:56 o'clock PM CST, Keith A Oliver completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 15, 2024             By:   /s/Doug Tonne

                                      Name: Doug Tonne

                                      Title: Counselor