UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Keith A Oliver<br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-13845-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 5th day of June, 2024, by first class mail upon those listed below:

Keith A Oliver
369 Rosecliff Drive
Douglassville, PA  19518

**Electronically via CM/ECF System Only:**

BRAD J SADEK ESQ
C/O SADEK & COOPER LAW OFFICES LLC
1500 JFK BOULEVARD, SUITE 220
PHILADELPHIA, PA  19102

                                           */s/ Kristen Gliem*
                                           Kristen Gliem
                                           for
                                           Scott F. Waterman, Esquire
                                           Standing Chapter 13 Trustee