Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-13845-PMM**

Keith A Oliver  
369 Rosecliff Drive  
Douglassville  PA   19518  

Petition Filed Date: 12/21/2023  
341 Hearing Date: 02/20/2024  
Confirmation Date:  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2024 | $1,800.00 | | 02/23/2024 | $1,800.00 | | 02/29/2024 | $536.21 | 1191644 Midlar |
| 04/01/2024 | $1,800.00 | | 04/29/2024 | $900.00 | | 05/09/2024 | $900.00 | |
| 06/24/2024 | $1,800.00 | | | | | | | |

**Total Receipts for the Period: $9,536.21   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,336.21**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,632.00 | $0.00 | $3,632.00 |
| 1 | THE BANK OF MISSOURI<br>»» 001 | Unsecured Creditors | $292.05 | $0.00 | $0.00 |
| 2 | ENERBANK USA<br>»» 002 | Unsecured Creditors | $73,863.85 | $0.00 | $0.00 |
| 3 | AFFINITY FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $3,359.17 | $0.00 | $0.00 |
| 4 | NAVY FEDERAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $7,616.45 | $0.00 | $0.00 |
| 5 | NAVY FEDERAL CREDIT UNION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $21,982.72 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $1,224.65 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $1,522.66 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $2,798.27 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $1,268.11 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $10,329.70 | $0.00 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 12P | Priority Crediors | $25,590.14 | $0.00 | $0.00 |
| 13 | UNITED STATES TREASURY (IRS)<br>»» 12U | Unsecured Creditors | $2,872.26 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $654.93 | $0.00 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,077.93 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13845-PMM**

| 16 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $2,808.91 | $0.00 | $0.00 |
| 17 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $3,231.89 | $0.00 | $0.00 |
| 18 | CITIBANK NA »» 017 | Unsecured Creditors | $225.97 | $0.00 | $0.00 |
| 19 | M&T BANK »» 018 | Mortgage Arrears | $30,082.72 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $1,147.55 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,336.21 | Current Monthly Payment: | $3,848.00 |
| Paid to Claims: | $0.00 | Arrearages: | $3,896.00 |
| Paid to Trustee: | $1,333.62 | Total Plan Base: | $217,328.21 |
| Funds on Hand: | $12,002.59 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.