United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13845-pmm |
| Keith A Oliver | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 05, 2024 | Form ID: 155 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith A Oliver, 369 Rosecliff Drive, Douglassville, PA 19518-9502 |
| 14848557 | + | Affinity Federal Credit Union, c/o Rebecca K. McDowell, Esq, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 14840606 | + | Jg Wentworth Home Lend, Po Box 77404, Ewing, NJ 08628-6404 |
| 14845155 | + | Lakeview Loan Servicing LLC, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14917061 | + | Lendage, LLC, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14917100 | + | Lendage, LLC, c/o ROBERT BRIAN SHEARER, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450 Alpharetta, GA 30004-2001 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14840590 | + | Email/Text: bankruptcycare@affinityfcu.com | Sep 06 2024 00:15:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 14840591 | + | Email/Text: bk@avant.com | Sep 06 2024 00:16:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 14840594 | | Email/Text: cfcbackoffice@contfinco.com | Sep 06 2024 00:15:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 14840592 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2024 00:13:37 | Citibank North America, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14857991 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2024 00:23:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14840593 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2024 00:41:54 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14840596 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 06 2024 00:24:26 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14840595 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 06 2024 00:23:48 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14840597 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2024 00:24:35 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14840610 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2024 00:13:36 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14840601 | | Email/Text: BNSFS@capitalsvcs.com | Sep 06 2024 00:15:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14840598 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 06 2024 00:12:03 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |

| Record | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14840602 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 06 2024 00:15:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14840603 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 06 2024 00:15:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14840604 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 06 2024 00:15:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14853075 |   | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 06 2024 00:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14840605 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 06 2024 00:15:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14857847 |   | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2024 00:13:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14845074 | ^ | MEBN | Sep 06 2024 00:05:11 | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14858542 | ^ | MEBN | Sep 06 2024 00:05:06 | Lakeview Loan Servicing LLC, c/o M&T Bank, PO BOX 840, Buffalo, NY 14240-0840 |
| 14840607 | + | Email/Text: Documentfiling@lciinc.com | Sep 06 2024 00:15:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14840608 | ^ | MEBN | Sep 06 2024 00:05:05 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 14840609 |   | Email/Text: camanagement@mtb.com | Sep 06 2024 00:15:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14840615 |   | Email/Text: ml-ebn@missionlane.com | Sep 06 2024 00:15:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14840611 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 06 2024 00:15:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14840614 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 06 2024 00:12:05 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14852682 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 06 2024 00:15:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14840616 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 06 2024 00:15:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14848963 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 06 2024 00:16:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14852834 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 06 2024 00:15:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14840617 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 06 2024 00:16:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14840620 | + | Email/Text: bnc@nordstrom.com | Sep 06 2024 00:15:02 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14840621 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 06 2024 00:15:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy, 1661 Worthington Rd, Ste 100, West Palm Beach, FL 33409-6493 |
| 14840622 | + | Email/PDF: cbp@omf.com | Sep 06 2024 00:23:54 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14858934 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 06 2024 00:25:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14852685 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 06 2024 00:15:00 | Premier Bankcard, LLC, Jefferson Capital |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14840623 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Sep 06 2024 00:15:00 | Regions, EnerBank USA, Attn: Bankruptcy, 650 S Main St, Ste 1000, Salt Lake City, UT 84101-2844 |
| 14844772 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Sep 06 2024 00:15:00 | Regions Bank DBA EnerBank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 14840624 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 06 2024 00:15:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14840625 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 06 2024 00:15:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 14840626 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2024 00:24:58 | Syncb/dump, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14840627 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2024 00:24:50 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14840631 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2024 00:12:03 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14840632 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2024 00:24:39 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14841403 | + | Email/Text: famc-bk@1stassociates.com | Sep 06 2024 00:15:00 | The Bank of Missouri, 2700 S Lorraine Pl, Sioux Falls, SD 57106-3657 |
| 14840633 | + | Email/Text: famc-bk@1stassociates.com | Sep 06 2024 00:15:00 | Total Visa, Attn: Bankruptcy, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 14840635 | | Email/Text: bknotice@upgrade.com | Sep 06 2024 00:15:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14840640 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 06 2024 00:15:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 14840636 | + | Email/Text: LCI@upstart.com | Sep 06 2024 00:15:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14840639 | + | Email/Text: LCI@upstart.com | Sep 06 2024 00:15:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14840641 | | Email/Text: bk@villagecapital.com | Sep 06 2024 00:15:00 | Village Capital & Investments, Llc, Attn: Bankruptcy, 2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14840599 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14840600 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14840612 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14840613 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14840618 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14840619 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14848965 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14840628 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14840629 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14840630 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14840634 | *+ | Total Visa, Attn: Bankruptcy, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 14840637 | *+ | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14840638 | *+ | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

District/off: 0313-4     User: admin     Page 4 of 4
Date Rcvd: Sep 05, 2024     Form ID: 155     Total Noticed: 57

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Keith A Oliver brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com pwirth@slgcollect.com;anovoa@slgcollect.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Lendage LLC rshearer@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　　Keith A Oliver<br><br>　　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−13845−pmm<br><br><br>Chapter: 13 |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: September 5, 2024                                                                 For The Court

                                                                                        Patricia M. Mayer
                                                                                        Judge, United States Bankruptcy Court