# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keith A Oliver<br>　　　　　Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing LLC<br>　　　　　Moving Party<br>　　vs. | NO. 23-13845 PMM |
| Keith A Oliver<br>　　　　　Debtor(s) | |
| Scott F. Waterman<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this **14th** day of **November**, 2024 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge