**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Keith A Oliver | : | |
| | : | Case No.: 23-13845-PMM |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

Dated: December 9, 2024          /s/ Brad J. Sadek, Esquire
                                 Brad J. Sadek, Esquire
                                 Sadek Law Offices, LLC
                                 1500 JFK Boulevard, Suite #220
                                 Philadelphia, PA 19102
                                 brad@sadeklaw.com
                                 215-545-0008