# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| **Keith A Oliver** | : | |
| | : | Case No. 23-13845-PMM |
| | : | |
| **Debtor[s] .** | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # __34__, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # __39__) is **approved**.

*Patricia M. Mayer*

**Date:** 12/19/24

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**