#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Keith A Oliver | : | Chapter 13 |
| | : | Case No.: 23-13845-PMM |
| Debtor | : | |

### SECOND MOTION TO MODIFY PLAN AFTER CONFIRMATION

Keith A Oliver (the "Debtor"), by and through their undersigned counsel, hereby move to modify their Chapter 13 Plan and in support thereof aver as follows:

1. The Debtor filed a Chapter 13 Bankruptcy on or about December 21, 2023 (the "Petition Date").

2. The Chapter 13 Plan was confirmed by this Honorable Court on or about September 05, 2024.

3. On December 19, 2024, an Order granting the Motion to Modify Plan After Confirmation was entered. [Docket 47]

4. The Modified Plan had an incorrect number listed for the total amount paid in as of November 2024, which put the Debtor about $7,800 behind in trustee payments.

5. On June 12, 2025, the chapter 13 trustee filed a motion to dismiss the Debtor's case for failure to make plan payments. [Docket No. 49]

6. Accordingly, the Debtor is filing the instant Motion to Modify their chapter 13 plan to become current in their trustee payments, fix the calculation error in the previous Modified Plan and make a new, slightly higher payment going forward.

7. The Debtor has paid $49,036.21 to the Chapter 13 Trustee to date.

8. The Modified Chapter 13 Plan will provide for plan payments in the amount of $4,351.00 per month for 42 months for a new base amount of $231,778.21.

WHEREFORE, Debtor, by the undersigned counsel, respectfully requests this Honorable Court to enter an Order Modifying the Chapter 13 Plan.

Dated: June 26, 2025                             /s/Brad J. Sadek, Esq
                                                         Brad J. Sadek, Esq.
                                                         Attorney for Debtor(s)
                                                         Sadek Law Offices, LLC
                                                         1500 JFK Boulevard, Suite #220
                                                         Philadelphia, PA 19102
                                                         brad@sadeklaw.com
                                                         215-545-0008