**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **Keith A Oliver** | : | |
| | : | **Case No. 23-13845-PMM** |
| | : | |
| **Debtor[s] .** | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # __52__, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # __54__) is **approved**.

*[Signature: Patricia M. Mayer]*

**Date:**  7/24/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**