| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-13845-PMM

Keith A Oliver  
369 Rosecliff Drive  
Douglassville  PA    19518

Petition Filed Date: 12/21/2023  
341 Hearing Date: 02/20/2024  
Confirmation Date: 09/05/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2024 | $3,800.00 | | 08/30/2024 | $3,800.00 | | 10/09/2024 | $3,900.00 | |
| 11/06/2024 | $3,900.00 | | 12/09/2024 | $2,200.00 | | 12/20/2024 | $2,200.00 | |
| 01/17/2025 | $4,300.00 | | 02/05/2025 | $4,300.00 | | 03/07/2025 | $2,200.00 | |
| 03/14/2025 | $2,200.00 | | 05/23/2025 | $2,200.00 | | 06/13/2025 | $4,500.00 | |
| 07/16/2025 | $2,200.00 | | 07/30/2025 | $2,200.00 | | | | |

**Total Receipts for the Period:  $43,900.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $57,936.21**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,632.00 | $3,632.00 | $0.00 |
| 1 | THE BANK OF MISSOURI<br>»» 001 | Unsecured Creditors | $292.05 | $0.00 | $292.05 |
| 2 | ENERBANK USA<br>»» 002 | Unsecured Creditors | $73,863.85 | $0.00 | $73,863.85 |
| 3 | AFFINITY FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $3,359.17 | $0.00 | $3,359.17 |
| 4 | NAVY FEDERAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $7,616.45 | $0.00 | $7,616.45 |
| 5 | NAVY FEDERAL CREDIT UNION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $21,982.72 | $0.00 | $21,982.72 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $1,224.65 | $0.00 | $1,224.65 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $1,522.66 | $0.00 | $1,522.66 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $2,798.27 | $0.00 | $2,798.27 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $1,268.11 | $0.00 | $1,268.11 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $10,329.70 | $0.00 | $10,329.70 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 12P | Priority Crediors | $25,590.14 | $25,590.14 | $0.00 |
| 13 | UNITED STATES TREASURY (IRS)<br>»» 12U | Unsecured Creditors | $2,872.26 | $0.00 | $2,872.26 |
| 14 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $654.93 | $0.00 | $654.93 |

**Chapter 13 Case No. 23-13845-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,077.93 | $0.00 | $1,077.93 |
| 16 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $2,808.91 | $0.00 | $2,808.91 |
| 17 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $3,231.89 | $0.00 | $3,231.89 |
| 18 | CITIBANK NA<br>»» 017 | Unsecured Creditors | $225.97 | $0.00 | $225.97 |
| 19 | M&T BANK<br>»» 018 | Mortgage Arrears | $30,082.72 | $16,309.54 | $13,773.18 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $1,147.55 | $0.00 | $1,147.55 |
| 33 | ARISTA POOL & SPA, INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CITIBANK NORTH AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | CITIBANK/THE HOME DEPOT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | CONTINENTAL FINANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | FIRST SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | LENDINGPOINT LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | MACYS/FDSB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | MERRICK BANK/CCHOLDINGS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | USAA FEDERAL SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | REGIONS ENERBANK USA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | M&T BANK<br>»» 18P | Mortgage Arrears | $11,740.00 | $6,364.91 | $5,375.09 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $57,936.21 | Current Monthly Payment: | $4,351.00 |
| Paid to Claims: | $53,096.59 | Arrearages: | ($198.00) |
| Paid to Trustee: | $4,839.62 | Total Plan Base: | $231,778.21 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.