CELLI and ASSOCIATES
By: Rudolph L. Celli, Jr., Esq.
Attorney I.D. # 55268
125 Strafford Avenue, Suite 115
Wayne, PA 19087                                                                    **Attorney for Creditor**
(610) 525-5380

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | : | |
| Keith A. Oliver | : | BK NO. 23-13845-PMM |
| | : | |
| Debtor | : | CHAPTER 13 |

### PRAECIPE TO WITHDRAW

Sir or Madam:

    Kindly withdraw the *Motion for Permission to File a Late Claim* filed November 17, 2025.

Respectfully submitted,

Dated: December 18, 2025                         By: _____
                                                            Rudolph L. Celli, Jr., Esq.
                                                            Attorney for Creditor
                                                            Attorney I.D.# 55268
                                                            125 Strafford Avenue, Suite 115
                                                           Wayne, PA 19087
                                                           (610) 525-5380
                                                           rcelli@cellilaw.com