CELLI and ASSOCIATES
By: Rudolph L. Celli, Jr., Esq.
Attorney I.D. # 55268
125 Strafford Avenue, Suite 115
Wayne, PA 19087                                                **Attorney for Creditor**
(610) 525-5380

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | : | |
| Keith A. Oliver | : | BK NO. 23-13845-PMM |
| | : | |
| Debtor | : | CHAPTER 13 |

## PRAECIPE TO WITHDRAW

Sir or Madam:

Kindly withdraw the *Claim* filed November 17, 2025.

Respectfully submitted,

Dated: December 22, 2025                By: _____
Rudolph L. Celli, Jr., Esq.
Attorney for Creditor
Attorney I.D.# 55268
125 Strafford Avenue, Suite 115
Wayne, PA 19087
(610) 525-5380
rcelli@cellilaw.com