IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In RE:                                          :

Keith A. Oliver                                 :        BK NO. 23-13845-PMM

                                               :

Debtor                                          :        CHAPTER 13


## MOTION FOR PERMISSION TO FILE A LATE CLAIM

1. This Chapter 13 proceeding was filed on 12/21/2023.

2. Arista Pool & Spa, Inc. is a Creditor of the Debtor.

3. Arista Pool & Spa, Inc. has a good faith claim against the Debtor in the amount of $11,019.23.

4. The Debtor did not list Arista Pool & Spa, Inc. on its schedules, so that said Creditor Arista Pool & Spa, Inc. was made completely unaware of the deadline for filing a Proof of Claim in this case which was 2/9/2024.

5. Creditor was not made ware of the bankruptcy or Proof of Claim deadline until after 2/9/2024 when it attempted to execute its judgment dated 2/15/2024 when Creditor's counsel herein was notified by Debtor's counsel.

6. The Court within Its Equitable powers can and should allow Arista Pool & Spa, Inc. to file a proof of claim, which proof of claim shall be assumed to be an allowed claim.

       **WHEREFORE**, Creditor requests that this Honorable Court enter an order granting the filing of the Creditor's proof of claim.

Date: 11/5/25

Rudolph L. Celli, Jr., Esquire
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | : | |
| Keith A. Oliver | : | BK NO. 23-13845-PMM |
| | : | |
| Debtor | : | CHAPTER 13 |

## ORDER

AND NOW, this _____ day of _____, 2025 upon consideration of the Motion of Arista Pool & Spa, Inc., it is hereby:

ORDERED and DECREED that the Motion is granted, and Arista Pool & Spa, Inc. may file a Proof of Claim, which Proof of Claim shall be presumed to be an allowed claim.

_____
Patricia M. Mayer
BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In RE:                              :

Keith A. Oliver                     :       BK NO. 23-13845-PMM

                                    :

Debtor                              :       CHAPTER 13

### CERTIFICATE OF SERVICE

I, RUDOLPH L. CELLI, JR., ESQUIRE, counsel for the Creditor, hereby certify that on the 5th day of November 2025, a copy of the Motion for Permission to File a Late Claim in the above-captioned matter, was served by regular mail to the following:

**Brad J. Sadek**
Sadek Law Offices LLC
1500 JFK Boulevard
Suite 220
Philadelphia, PA  19102

**Scott F. Waterman**
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA  19606

RUDOLPH L. CELLI, JR., ESQUIRE
Attorney ID# 55268
Celli and Associates
125 Strafford Avenue, Suite 115
Wayne, PA  19087
(610) 525-5380
Counsel for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In RE:                                                :

Keith A. Oliver                                       :         BK NO. 23-13845-PMM

                                                      :

   Debtor                                             :         CHAPTER 13

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

*Arista Pool & Spa, Inc.* has filed *Motion to File a Late Proof of Claim* with the court *in order to collect the debt owed to Creditor*.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 17 days from the date of this notice you or your attorney must do all of the following:

   (a) file an Answer explaining your position at

   Clerk
   United States Bankruptcy Court
   Eastern District of Pennsylvania
   The Gateway Building
   201 Penn Street, Suite 103
   Reading, PA  19601

If you mail your Answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Rudolph L. Celli, Jr., Esquire
   Celli & Associates
   125 Strafford Avenue, Suite 115
   Wayne, PA  19087
   Phone 610-525-5380

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Judge Patricia M. Mayer on January 15, 2026 at 11:00 AM in Courtroom 4th Floor, United States Bankruptcy Court, 201 Penn Street, Suite 103, Reading, PA  19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:  December 19, 2025