# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | : | |
| Keith A. Oliver | : | BK NO. 23-13845-PMM |
| | : | |
| Debtor | : | CHAPTER 13 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

*Arista Pool & Spa, Inc.* has filed *Motion to File a Late Proof of Claim* with the court *in order to collect the debt owed to Creditor*.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 17 days from the date of this notice you or your attorney must do all of the following:

    (a) file an Answer explaining your position at

> Clerk
> United States Bankruptcy Court
> Eastern District of Pennsylvania
> The Gateway Building
> 201 Penn Street, Suite 103
> Reading, PA 19601

If you mail your Answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

> Rudolph L. Celli, Jr., Esquire
> Celli & Associates
> 125 Strafford Avenue, Suite 115
> Wayne, PA 19087
> Phone 610-525-5380

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Judge Patricia M. Mayer on January 15, 2026 at 11:00 AM in Courtroom 4th Floor, United States Bankruptcy Court, 201 Penn Street, Suite 103, Reading, PA 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: December 19, 2025