**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Keith A. Oliver,<br><br>        Debtor. | Case No. 23-13845-PMM<br>Chapter 13 |

**Certificate of No Response**

1. I certify that Celli & Associates has received no answer, objection, or other responsive pleading to the Motion for Permission to File a Late Claim filed on December 22, 2025.

2. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon.

3. Pursuant to the notice filed with the Motion, objections were to be filed and served on or before January 8, 2026.

4. I respectfully request that the proposed order attached to the Motion be entered at the Court's earliest convenience.

Date: January 13, 2026

_____
Rudolph L. Celli, Jr. (#55268)
Celli & Associates
125 Strafford Avenue, Suite 115
Wayne, PA 19087
610-525-5380
rcelli@cellilaw.com