# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In RE:                              :

Keith A. Oliver                     :        BK NO. 23-13845-PMM

                                                                     :

    Debtor                          :        CHAPTER 13

## ORDER

AND NOW, this __15th__ day of __January, 2026__, ~~2025~~ upon consideration of the Motion of Arista Pool & Spa, Inc., it is hereby:

ORDERED and DECREED that the Motion is granted, and Arista Pool & Spa, Inc. may file a Proof of Claim, which Proof of Claim shall be presumed to be an allowed claim.

*Patricia M. Mayer* (signature)

Patricia M. Mayer
BANKRUPTCY JUDGE