## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keith A Oliver <br>      Debtor(s) <br><br> Lakeview Loan Servicing LLC <br>      Moving Party <br>  vs. <br><br> Keith A Oliver <br>      Debtor(s) <br><br> and Scott F. Waterman <br>      Trustee | Chapter 13 <br><br><br> NO. 23-13845 PMM <br><br><br> 11 U.S.C. Section 362 |

### CERTIFICATION OF DEFAULT

 I, Matthew Fissel, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated December 19, 2025, was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

 January 22, 2026

                /s/ Matthew Fissel
                Matthew Fissel, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322
                mfissel@kmllawgroup.com