**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET, SUITE 5000**
**PHILADELPHIA, PA 19106**
www.kmllawgroup.com

December 19, 2025

Brad J. Sadek
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

RE:     **NOTICE OF DEFAULT UNDER COURT-APPROVED STIPULATION**
        Lakeview Loan Servicing LLC vs. Keith A Oliver
        Case No. 23-13845 PMM
        Last 4 Digits of Loan No. 8080

Dear Sir or Madam:

Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice.

- Regular mortgage payments for the months of 10/1/2025 through 12/1/2025, in the amount of $8,306.01 per month;
- Less Debtor Suspense credit in the amount of $4,728.85;

**The total due is $20,189.18 and must be received on or before January 3, 2026.**

- The monthly payment for January 2026, is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

If you have proof that payments were made, fax that proof to our office at **215-825-6406**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

KML Law Group, P.C.

/s/ Matthew Fissel
Matthew Fissel, Esq.
KML Law Group P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

cc:     Keith A Oliver