*Form 167* (1/25)–doc 73 – 72

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Keith A Oliver ) | Case No. 23–13845–pmm |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor LAKEVIEW LOAN SERVICING LLC, Filed by Keith A Oliver.

on: 2/12/26

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: January 27, 2026

For The Court

Mohung Wong
Clerk of Court