## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Keith A Oliver <br><u>Debtor(s)</u> | CHAPTER 13 |
| Lakeview Loan Servicing LLC <br><u>Moving Party</u> <br>vs. | NO. 23-13845 PMM |
| Keith A Oliver <br><u>Debtor(s)</u> | |
| Scott F. Waterman <br><u>Trustee</u> | 11 U.S.C. Section 362 |

## <u>ORDER</u>

AND NOW, this  23rd  day of ____February____, 2026 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_

_____
United States Bankruptcy Judge