**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Keith A Oliver,<br><br>*Debtor*. | Case No. 23-13845-PMM<br>Chapter 13 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

    Please withdraw the Modified Chapter 13 Plan that was filed at ECF No. 81. Thank you.


Date: March 6, 2026                  SADEK LAW OFFICES, LLC
                                        *Attorney for Debtor*

                                        By: /s/ Brad J. Sadek, Esq.
                                          Brad J. Sadek, Esq.
                                          1500 JFK Boulevard, Suite 220
                                          Philadelphia, PA 19102
                                          215-545-0008
                                          brad@sadeklaw.com