## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

|  |  |
|---|---|
| | **:**       **Chapter 13** |
| **Keith A Oliver** | **:** |
| | **:**       **Case No. 23-13845-PMM** |
| | **:** |
| **Debtor[s] .** | **:** |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # __79__, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # __85__) is **approved**.

**Date:** _____

                                         **PATRICIA M. MAYER**
                                         **U.S. BANKRUPTCY JUDGE**