**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Keith A Oliver | : | Chapter 13 |
| | : | Case No.: 23-13845-PMM |
| Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Third Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.

Dated: May 13, 2026                    /s/ Brad J. Sadek, Esquire
                                       Brad J. Sadek, Esquire
                                       Sadek Law Offices, LLC
                                       1500 JFK Boulevard, Suite #220
                                       Philadelphia, PA 19102
                                       brad@sadeklaw.com
                                       215-545-0008