**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

|  |  |  |
|---|---|---|
| | : | **Chapter 13** |
| **Keith A Oliver** | : | |
| | : | **Case No. 23-13845-PMM** |
| | : | |
| **Debtor[s] .** | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed

chapter 13 Plan (doc. # __79__, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # __89__) is **approved**.


_Patricia M. Mayer_

**Date:**    5/14/26

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**