United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13845-pmm |
| Keith A Oliver | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 14, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID             Recipient Name and Address**
db                  + Keith A Oliver, 369 Rosecliff Drive, Douglassville, PA 19518-9502

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Keith A Oliver brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Daniel Boone Area School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  pwirth@slgcollect.com;anovoa@slgcollect.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Lendage  LLC rshearer@raslg.com |
| RUDOLPH L. CELLI, JR. | on behalf of Creditor Arista Pool & Spa  Inc. rcelli@cellilaw.com |

District/off: 0313-4                          User: admin                                    Page 2 of 2

Date Rcvd: May 14, 2026                       Form ID: pdf900                                Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |
| **Keith A Oliver** | : |  |
|  | : | **Case No. 23-13845-PMM** |
|  | : |  |
| **Debtor[s] .** | : |  |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed

chapter 13 Plan (doc. #   79  , the "Motion");

It is hereby **ordered** that

1)  The Motion is **granted**; and

2)  The Modified Plan (doc. #   89  ) is **approved**.


_Patricia M. Mayer_

**Date:**   5/14/26

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**