Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Keith A Oliver
369 Rosecliff Drive
Douglassville, PA 19518

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-13845-PMM**

Petition Filed Date: 12/21/2023
341 Hearing Date: 02/20/2024
Confirmation Date: 09/05/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2025 | $4,500.00 | | 10/06/2025 | $4,400.00 | | 11/06/2025 | $4,400.00 | |
| 12/08/2025 | $4,400.00 | | 01/07/2026 | $4,400.00 | | 02/06/2026 | $4,500.00 | |
| 03/13/2026 | $4,500.00 | | 04/07/2026 | $5,703.00 | | 05/11/2026 | $6,000.00 | |
| 06/05/2026 | $6,000.00 | | 07/06/2026 | $6,000.00 | | | | |

**Total Receipts for the Period: $54,803.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $114,239.21**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,632.00 | $3,632.00 | $0.00 |
| 1 | THE BANK OF MISSOURI<br>»» 001 | Unsecured Creditors | $292.05 | $0.00 | $292.05 |
| 2 | ENERBANK USA<br>»» 002 | Unsecured Creditors | $73,863.85 | $677.53 | $73,186.32 |
| 3 | AFFINITY FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $3,359.17 | $30.81 | $3,328.36 |
| 4 | NAVY FEDERAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $7,616.45 | $69.86 | $7,546.59 |
| 5 | NAVY FEDERAL CREDIT UNION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $21,982.72 | $201.64 | $21,781.08 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $1,224.65 | $0.00 | $1,224.65 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $1,522.66 | $0.00 | $1,522.66 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $2,798.27 | $25.67 | $2,772.60 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $1,268.11 | $0.00 | $1,268.11 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $10,329.70 | $94.75 | $10,234.95 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 12P | Priority Crediors | $25,590.14 | $25,590.14 | $0.00 |

**Chapter 13 Case No. 23-13845-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | UNITED STATES TREASURY (IRS)<br>»» 12U | Unsecured Creditors | $2,872.26 | $26.35 | $2,845.91 |
| 14 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $654.93 | $0.00 | $654.93 |
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,077.93 | $0.00 | $1,077.93 |
| 16 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $2,808.91 | $25.77 | $2,783.14 |
| 17 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $3,231.89 | $29.65 | $3,202.24 |
| 18 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 017 | Unsecured Creditors | $225.97 | $0.00 | $225.97 |
| 19 | M&T BANK<br>»» 018 | Mortgage Arrears | $30,082.72 | $30,082.72 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $1,147.55 | $0.00 | $1,147.55 |
| 22 | ARISTA POOL & SPA, INC<br>»» 020 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | CITIBANK NORTH AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | CITIBANK/THE HOME DEPOT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | CONTINENTAL FINANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | FIRST SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | LENDINGPOINT LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | MACYS/FDSB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | MERRICK BANK/CCHOLDINGS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | USAA FEDERAL SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | REGIONS ENERBANK USA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | M&T BANK<br>»» 18P | Mortgage Arrears | $11,740.00 | $11,740.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 34 | M&T BANK<br>»» 18P | Mortgage Arrears | $36,801.20 | $30,369.36 | $6,431.84 |
| 23 | ARISTA POOL & SPA, INC<br>»» 021 | Unsecured Creditors | $11,019.23 | $0.00 | $11,019.23 |

**Chapter 13 Case No. 23-13845-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $114,239.21 | Current Monthly Payment: | $5,938.00 |
| Paid to Claims: | $104,996.25 | Arrearages: | $5,690.00 |
| Paid to Trustee: | $9,174.95 | Total Plan Base: | $286,193.21 |
| Funds on Hand: | $68.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.